# Exhibit 1

**sacem**
La musique, toute la musique

Société des Auteurs, Compositeurs et Éditeurs de Musique
Société civile à capital variable - RCS Nanterre D 775 675 739
N° SIRET : 775 675 739-03131 - Code APE : 923 A
Siège social : 225 avenue Charles de Gaulle - 92521 NEUILLY SUR SEINE CEDEX

## BULLETIN DE DÉCLARATION
(AUTEUR - COMPOSITEUR - ÉDITEUR) *titre*


S.A.C.E.M
15. NOV. 2000

TITRE DE L'ŒUVRE : Espoir composition X    IV

Genre : Compas

Mouvement métronomique et durée d'exécution :

Date et lieu de la 1ère représentation ou diffusion :

Instrumentation :
(nombre de parties d'orchestre)

Références de l'enregistrement : MMICD1037

Œuvre extraite du film :

AUTEUR(S) : Robert Martino Pierre — 50 %

*Si vous avez effectué des emprunts à une œuvre préexistante, quelles que soient leur nature et leur durée, vous êtes susceptibles d'engager votre responsabilité à l'égard des ayants droit de cette dernière. Il vous appartient donc d'obtenir leur autorisation préalable.*

ADAPTATEUR :

COMPOSITEUR(S) : Robert Martino — 50 %

*Ce bulletin doit être signé par tous les ayants droit ; il n'a qu'un caractère déclaratif et n'est attributif d'une part des redevances découlant de l'exploitation de l'œuvre qu'au profit des seuls ayants droit membres de la société ou de la société représentée par elle.*

ARRANGEUR :

Destination de l'arrangement :

ÉDITEUR(S) :

Nous confirmons en tant que de besoin les apports des droits de représentation publique et de reproduction mécanique, découlant de nos actes d'adhésion aux sociétés d'auteurs.

Fait à Miami    le 16/10/00

Signature des ayants droit :

Territoire(s) cédé(s) :

REPARTITION EN % DES DROITS DE REPRODUCTION MÉCANIQUE

TOTAL = 100 %

24 NOV. 2000

Les redevances au titre de l'exploitation radio, télévision et de l'usage public des enregistrements seront réparties conformément à l'alinéa 3 de l'article 9 des Statuts.

**Pour une œuvre inédite**, joindre au bulletin :
• le manuscrit complet et signé de l'œuvre (mélodie, harmonisation et ligne de basse).
**Pour une œuvre éditée**, joindre au bulletin :
• le format ou le manuscrit complet et signé de l'œuvre, (mélodie, harmonisation et ligne de basse)
• le contrat de cession auteur-compositeur-éditeur

COMPOSITEUR(S) :

AUTEUR(S) :

ARRANGEUR et/ou ADAPTATEUR :

ÉDITEUR(S) :

775 - 10/96

| M.L | N° D'ORDRE | VERSION P M | I.R. | Date FU | Date rectif. |
|---|---|---|---|---|---|
| 919 | 442373 | M | | 28/11/00 | |

I S W C