# Exhibit 2

```
Type of Work:      Music

Registration Number / Date:
                   PA0002321270 / 2021-11-10

Application Title: Espoir Composition X.

Title:             Espoir Composition X.

Description:       Electronic file (eService)

Copyright Claimant:
                   Keep On Kicking Music Inc., Transfer: By written agreement.

Date of Creation:  1978

Date of Publication:
                   1978-07-01

Nation of First Publication:
                   France

Authorship on Application:
                   Robert Pierre Martino; Citizenship: United States.
                      Authorship: music, lyrics.

Rights and Permissions:
                   Keep On Kicking Music Inc., 9277 SW 227th St. Unit 5,
                      Cutler Bay, Florida, 33190, United States, (305)
                      744-6840, (212) 239-9592, admin@keeponkicking.com

Copyright Note:    C.O. correspondence.
                   Regarding authorship information: Registration made for the
                      musical work as a whole.

Names:             Martino, Robert Pierre
                   Keep On Kicking Music Inc.

================================================================================
```