# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR0 412-913**



TX  PA  VA  (SR)  SRU

EFFECTIVE DATE OF REGISTRATION

**2 / 16 / 2023**
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: Espoir Composition X
English translation:

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☑ sound recording, created in **1978** (year)

**2 a** AUTHOR(S):
Name: Robert Martino
Citizenship (when work was created): Haiti
Domicile (when work was created): Haiti
Date of death: N/A

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1978
Nation: Haiti + France

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name: Free World Music, ~~Inc~~ Ltd.
Address: 599 NW 33 St, Unit #3
Miami, FL 33127 USA

**b** Means by which copyright ownership was transferred (If owner is not the author):
Purchase agreement, in writing



APPLICATION RECEIVED
2/13/2023

DEPOSIT RECEIVED
1/30/2023 (2 LPs/L)

FUNDS RECEIVED
2/16/2023



EXAMINED BY **ADER**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM GATT

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5** LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**6** PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                    Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.    ☐ Same as space 4a.
☐ Same as space 9.

Marc Jacobs PC
133 Halley Dr.
Center Moriches NY 11934
Area or country code and telephone number ▶ +1 516-459-0436  Email ▶ marc@marcjackson.com  Fax number ▶

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☐ Owner of U.S. copyright
☑ Agent of  Free World Music Ltd
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Marc Jacobs           Date:

Signature (X) ▼
[signature]

**9** Certificate will be mailed in a window envelope to this address:

Name ▼
Free World Music, Ltd
Number/Street/Apt ▼
599 NW 33 St, Unit #3
City/State/ZIP/Nation ▼
Miami, FL 33127, USA

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form  2. Nonrefundable filing fee in check or money order payable to Register of Copyrights  3. Deposit
MAIL TO:
Library of Congress
U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full  Revised: 05/2019  Printed on recycled paper                        U.S. Government Printing Office: 2019-xxx-xxx/xx,xxx