# Exhibit 4

1. **Summary of Sample License Publishing Use Confirmation Letter for "Espoir/Composition X" ("Publishing Sample License")**

<u>Date</u>: March 1, 2018

<u>Licensor</u>: Idaly Publishing, Inc. ("Idaly")

<u>Licensee</u>: The recording artist professionally known as "Migos" ("Migos")

<u>Term</u>: Perpetuity

<u>Territory</u>: Universe

<u>Original Composition</u>: "Espoir/Composition X" (note that Robert Martino <u>and Harry Celestin</u> are listed as the songwriters)

<u>New Composition</u>: "Narcos"

<u>Writer/Publisher Splits</u>: To follow pending final post sample splits confirmation

<u>Consideration to Idaly</u>: $12,500 (non-recoupable and payable upon execution) and 40% publishing interest in the New Composition

<u>Representations and Warranties</u>: Idaly represents and warrants that: (i) Idaly owns and controls 100% of the publishing in the Original Composition, (ii) Idaly is free to enter into and perform the Publishing Sample License, and (iii) Idaly will indemnify Migos from and against any liability arising from its breach of any representation and warranty.. No representations/warranties made by Migos

2. **Summary of Sample License Master Use Confirmation Letter for "Espoir/Composition X" performed by Viva Les Difficiles ("Sound Recording Sample License")**

<u>Date</u>: March 1, 2018

<u>Licensor</u>: Idaly (defined above)

<u>Licensee</u>: Quality Control Music ("QC")

<u>Term</u>: Perpetuity

<u>Territory</u>: Universe

<u>Original Recording</u>: The Original Composition (defined above) as performed by the recording artist professionally known as "Viva Les Difficiles"

<u>New Recording</u>: The New Composition (defined above) as performed by Migos (defined above)

<u>Consideration to Idaly</u>: $12,500 (fully recoupable and payable upon execution) and a 4% PPD royalty (pro-rated with respect to albums/other multi-track recordings and payable only after recoupment of the aforesaid advance)

<u>Third-Party Licenses</u>: 20% of Migos' net receipts for streaming, third-party and synch

<u>Representations and Warranties</u>: Idaly represents and warrants that: (i) Idaly owns and controls 100% of the sound recording in the Original Recording, (ii) Idaly is free to enter into and perform the Sound Recording Sample License, and (iii) Idaly will indemnify QC from and against any liability arising from its breach of any representation and warranty. No representations/warranties made by QC



# Sample License Publishing Use Confirmation Letter
## New Composition: "Narcos"   Performed By: Migos

Date: 3/1/2018
To: Idaly Publishing
c/o Kendall Minter - kamlaw@aol.com
From: Danny Zook – dzook@alienmusic.net

Re: "Espoir/Composition X" (the "Sampled Composition") written by Robert Martino, Harry Celestin, as used in "Narcos" (the "New Composition") performed by Migos.

The following will confirm the material terms of the agreement regarding the use of the Sampled Composition as embodied in the New Composition.

Licensor: Idaly Publishing, Inc.
c/o Minter & Associates, LLC.
5398 East Mountain Street
Stone Mountain, Georgia 30083

Representation: Licensor represents and warrants that it owns and controls 100% of the publishing in the Sampled Composition and is free to enter into and perform this agreement. Licensor will indemnify Licensee from and against any liability arising from its breach of any representation and warranty.

Release Info: Artist: Migos
New Composition: "Narcos"
Album Title: Culture II
Releasing Record Label: Quality Control/Capitol
Release Date: 1/26/18
Release #: TBD

Licensee: writer/publisher splits to follow pending final post sample splits confirmation

Deal Points: $12,500 non-recoupable fee payable promptly following the execution and delivery of this Confirmation Letter and a undivided forty (40%) percent interest in and to the worldwide copyright to the new composition, licensed at the full statutory rate. Each party shall administer its own respective share of the copyright in and to the New Composition.

Rights Granted: i. All Recording configurations, including as a single audio, audio visual record or digital downloads.
ii. Promotions, co-promotions and advertisements solely in connection with the Recording, including promotional use of videos.
iii. All or part of the Recording in all media, and/or formats, now known or hereafter devised.
iv. All synch and licensing opportunities shall be approved on a case-by-case basis and on an MFN basis with Artist and the other copyright co-owners to the New Composition.

Term: Perpetuity
Territory: Universe

Please confirm your acceptance of and agreement to the foregoing by signing where provided below. The parties may in good faith negotiate a more formal agreement, but unless and until that document is signed this shall be our binding agreement and Licensee shall proceed in reliance on the terms set forth herein.

Agreed to and accepted: Idaly Publishing, Inc.

By: _Kendall Minter_   3-1-18
(An Authorized signatory of the Licensor)   Date
(general counsel)



## Sample License Master Use Confirmation Letter
### New Recording: "Narcos"    Performed by: Migos

| | |
|---|---|
| Date: | 3/1/2018 |
| Attn: | Idaly Publishing, Inc. |
| | c/o Kendall Minter - kamlaw@aol.com |
| From: | Danny Zook – dzook@alienmusic.net |
| Re: | **"Espoir/Composition X" performed by Viva Les Difficiles (the "Sampled Recording"), as sampled in "Narcos" (the "New Recording") performed by Migos** |

The following will confirm the material terms of the agreement regarding the use of the Sampled Recording as embodied in the New Recording.

**Licensor:** Idaly Publishing, Inc.
c/o Minter & Associates, LLC
5398 East Mountain Street
Stone Mountain, Georgia 30083

**Representation:** Licensor represents and warrants that it owns and controls 100% of the master in the Sampled Recording and is free to enter into and perform this agreement. Licensor will indemnify Licensee from and against any liability arising from its breach of any representation and warranty.

**Release Info:** Artist: Migos
New Composition: "Narcos"
Album Title: Culture II
Releasing Record Label: Quality Control/Capitol
Release Date: 1/26/18
Release #: TBD

**Licensee:** Quality Control Music, 541 Tenth Street NW, Ste 365, Atlanta, GA 30318
**Deal Points:** $12,500 recoupable advance promptly following the execution and delivery of this Confirmation Letter and a royalty equivalent to four (4%) percent of the PPD or the retail or wholesale equivalent as applicable; prorated with respect to albums or other multi-track recordings; payable after recoupment only of the aforesaid advance. Accountings shall be rendered on a semi-annual basis within ninety (90) days after June 30th and December 31st, annually.

**Rights Granted:** i. All Recording configurations, including as a single audio, audiovisual record or digital downloads.
ii. Promotions, co-promotions and advertisements solely in connection with the Recording, including promotional use of videos.
iii. All or part of the Recording in all media, and/or formats, now known or hereafter devised.
iv. All synch and licensing opportunities shall be on a case-by-case basis and on an MFN basis with Artist.

**Term:** Perpetuity

**Territory:** Universe

3rd Party
Licenses:     Twenty (20%) percent of Artist net receipts for streaming, third party and synch.

Please confirm your acceptance of and agreement to the foregoing by signing where provided below. The parties may in good faith negotiate a more formal agreement, but unless and until that document is signed this shall be our binding agreement and Licensee shall proceed in reliance on the terms set forth herein.

Agreed to and accepted: Idaly Publishing, Inc.

By: _Kendall Winter_     3-1-18
(An Authorized signatory of the Licensor)    Date
(general counsel)