# Exhibit 5

Lyrics
Trapping like the narco (narco)
Got dope like Pablo (Pablo)
Cut throat like Pablo (cut throat)
Chop trees with the Draco (Draco)
On the Nawf, got Diego (Diego)
Saying hasta luego (luego)
Muy Bien wrapping kilos (ye)
Snub nose with potatoes
Straight out the jungle (yeah, yeah, yeah, yeah, yeah)
This real rap, no mumble (yeah, yeah, yeah, yeah, yeah)
My skin black like mamba (yeah, yeah, yeah, yeah, yeah)
Got stash boxes in Hondas (yeah, yeah, yeah, yeah, yeah)
Straight out the jungle (oh yeah)
Bricks in the brick house
Use to hit licks and go to ma house (momma)
Straight out the jungle (yeah, yeah, yeah, yeah)
Young nigga don't know nothin' now (ya)
Young nigga know too much now (woo)
Bow bow bow, that'll slow 'em down (yeah, yeah)
We pick up the hundos (hundos)
Then drop them off to Huncho (Huncho)
I came from the bando, (bando, beep beep) here go the wide load
Trapping like the narco (narco)
Got dope like Pablo (Pablo)
Cut throat like Pablo (cut throat)
Chop trees with the Draco (Draco)
On the Nawf, got Diego (Diego)
Saying hasta luego (luego)
We'll be in wrapping kilos (ye)
Snub nose with potatoes
Straight out the jungle (yeah, yeah, yeah, yeah, yeah)
This real rap, no mumble (yeah, yeah, yeah, yeah, yeah)
My skin black like mamba (yeah, yeah, yeah, yeah, yeah)
Got stash boxes in Hondas (yeah, yeah, yeah, yeah, yeah)
Straight out the jungle (oh yeah)
(Magnífico, arriba, arriba)
Hey, cold gang with the cocaine (coke)
The more money make more rain (rain)
Pouring up a pint while I'm bagging propane (bag)
Point blank range give a nigga nose rings (yes)
Skip to my lou with a pack in the cat (cat)
Jiffy, Lube, where the bricks where they at (where)
Dripping, ooze the Patek all wet (ooh)
The birds in the trap they ain't leavin' out they nest (brr)
Get pie face, Seth like meth, yeah

Yup, runnin' with the pack got slapped (yeah)
Hands in the cookie jar, cut his finger off (ah)
Nigga bein' greedy we gon' cut his tummy out
Hundred bricks on the roads, took a couple routes (bricks)
Plus momma house, Hermes and Fendi couch (eh)
I ain't really with the razzle dazzle
Knock him off and then I throw him off the boat, paddle (brr)
Go to Tijuana, put the kilo on the saddle (ooh)
Sack him, hit a lick cop a pterodactyl (sack)
Pap him, choppa bitin' down like an apple
Mansion with the acres with the horses and the cattle
Trapping like the narco (narco)
Got dope like Pablo (Pablo)
Cut throat like Pablo (cut throat)
Chop trees with the Draco (Draco)
On the Nawf, got Diego (Diego)
Saying hasta luego (luego)
We'll be in wrapping kilos (ye)
Snub nose with potatoes
Straight out the jungle (yeah, yeah, yeah, yeah, yeah)
This real rap, no mumble (yeah, yeah, yeah, yeah, yeah)
My skin black like mamba (yeah, yeah, yeah, yeah, yeah)
Got stash boxes in Hondas (yeah, yeah, yeah, yeah, yeah)
Straight out the jungle (oh yeah)
(Magnífico, arriba, arriba)
Take-Takeoff
No monkey in the jungle, block hot like a sauna
Bustin' knockin' on me, tryna weave with anacondas
Jumpin' in the water, trying to sneak across the waterglass
Seek guards out, got me bit by a piranha (ouch)
I'll bag it, bag a money, know I gotta have it
Savage, but I'm still a gentleman in Cali (Cali)
Static, nigga turn to mean about the cabbage (uh)
Kill his whole family if he run off with your package (brr)
I just put a pack on the way to Bogota (pack)
Poke his eyes out, ain't no telling what he saw (poke 'em out)
I'ma wire his jaw, I don't know if he will talk (wire jaw)
Get the chainsaw and I'ma saw his legs off (saw)
They knew that we was gang but they saying that we a ring
Investigating, taking pictures of the whole team (DEA)
Undercover, tryna do a sting
10 mil on a plane, going straight to Medellin
Trapping like the narco (narco)
Got dope like Pablo (Pablo)
Cut throat like Pablo (cut throat)
Chop trees with the Draco (Draco)

On the Nawf, got Diego (Diego)
Saying hasta luego (luego)
We'll be in wrapping kilos (ye)
Snub nose with potatoes
Straight out the jungle (yeah, yeah, yeah, yeah, yeah)
This real rap, no mumble (yeah, yeah, yeah, yeah, yeah)
My skin black like mamba (yeah, yeah, yeah, yeah, yeah)
Got stash boxes in Hondas (yeah, yeah, yeah, yeah, yeah)
Straight out the jungle (oh yeah)
Source: LyricFind
Songwriters: Daryl Mcpherson / Henry Celestin / Kiari Kendrell Cephus / Kirsnick Khari Ball / Quavious Marshall / Robert Martino
Narcos lyrics © Reservoir Media Management Inc, Songtrust Ave, Universal Music Publishing Group, Warner Chappell Music, Inc