# Exhibit 6



Sandy Wilbur, President

8-22-2022

**FACTS RELATING TO SAMPLES FROM SONG A AND USED IN SONG B.**
**SONG A: "LES DIFFICILES DE PETION-VILLE - ESPOIR COMPOSITION X"**
**SONG B: "NARCOS" BY MIGOS**

1. **SONG A** is approximately seven minutes long (7:00) and starts with a solo repeating two-measure, four-chord guitar riff[1] in the key of E minor and with a tempo starting at 125 beats per minute. This repeating riff is heard, sometimes prominently (first twelve seconds), but mainly in the background, several times throughout the piece at approximately the following: 0:0942 – 1:36, 2:12 – 2:59, 3:36 – 4:50, 5:38 – 5:49, and 6:34 – 6:45.  The guitar riff is found in almost four minutes of this seven-minute song, or approximately 57% of the song.  The chords[2] used, each of which is two beats long, are Em-Am-B-Am (E minor, A minor, B major and A minor or these common chords in the minor key i-iv-V-iv[3]).  Except for the first twelve seconds, however, the repeating guitar riff sets a groove, along with bass and drum parts, above which are more prominent ostinato notes (or repeating sixteenth notes on the same pitch), melody lines, or vocal punctuations.

    Guitar Riff

    

    In addition to the guitar riff, a two-measure vocal part, sung in unison octaves, was added to this guitar riff.  This vocal part is found twice in SONG A at approximately :37 - :44 and again at 2:27 – 2:33. The melody line of the vocal part uses the notes e-g-b, e-g-b / d#-f#-b, d#-f#-b.  These sung notes are the three

---

[1] According to the Oxford Concise Dictionary of Music, a riff is a "short, repetitive, but not improvised, instrumental passage"
[2] Chords: Three or more related pitches that sound simultaneously or in close proximity.
[3] Roman numerals are frequently used to show chord patterns. Minor chords us lower case numerals and major chords use upper case Roman numerals: In the minor key, chords are i,ii, III, iv, v, VI, VII or Em, F#dim, G, Am, Bm, C D.



Sandy Wilbur, President

notes of the Em chord (e-g-b) in the first measure and three notes of the B chord (b-d#-f#) in the second measure.  There are no lyrics as only vowel sounds (something like "ah – ay - oh") are used. Note below that the vocal notes are on the bottom staff and an additional guitar part, in addition to drums and bass, is on the upper staff.



2. **SONG B** is in the key of E minor and is approximately 4:44 in duration. The melody and lyrics of both the rapped and sung sections are completely different from SONG A.   The two-measure sample used in SONG B starts at 0.942 seconds to 4.756 seconds, or 4.66 seconds in length (here referred to as Sample A). Sample A is then slowed down to half the tempo and an octave down in pitch. This resulting one-measure sample (Sample B1) uses only the first chord, Em. The third chord in this slowed down sample, B major, is also one measure in length (Sample B2).  A second two-measure vocal sample is taken from 37.674 seconds into the piece to 41.054 seconds (Sample C using the sung vowels ah-ay-oh ah-ay-oh, ah-ay-oh ah-ay-oh).  As the tempo of this part of the piece is faster, 133 BPM, the section is 3.38 seconds in duration. However, in SONG B, the tempo of this sung section is slowed to the tempo of the rest of the piece, 125 beats per minute. Note that a second guitar part is added to this vocal sample and indicated in the green example below.

See the chart below identifying these samples and slowed samples: Sample A is in yellow, Sample B1 is in pink, Sample B2 is in blue, and Sample C is in green.



Sandy Wilbur, President



1. In the following graphic, the stereo track of the whole SONG B is seen in the black and white track on the bottom. Above it, on two different tracks, are the samples and their color indicates which part or parts are used along the timeline of the song. Each vertical line is one measure. Where there are blank (gray) areas (15 measures), no samples were used. And a second track below indicates where more than one sample was used at the same time. At the beginning of the song, you hear the two slowed, lowered, samples B1B2 (pink and blue). This is repeated but Sample A is added to it (yellow below). This same pattern is found two additional times in SONG B. The slowed section is followed by the sung section, Sample C (green), repeated, although the last measure of the repeat also contains Sample A (yellow).



Sandy Wilbur, President



There are 147 measures in SONG B. 10% or 15 of those 147 measures do not contain any samples of SONG A. Sample A (yellow), the guitar riff from SONG A, is found in 111 measures or 75% of SONG B. The vocal sample, Sample C (green), is found 16 times or 32 measures, although half of those measures, 11% or 16 measures are combined with the guitar riff, Sample A. And the slowed sections of one measure in length, B1 and B2 occur 6 times each and always combined into three, four-measure sections, or B1B2B1B2, where the last two measures are combined with Sample A.

2.  Below is the entire SONG B with samples from SONG A indicated throughout.



Sandy Wilbur, President



Sandy Wilbur Music, Inc. dba Musiodata
252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

5



Sandy Wilbur, President



Sandy Wilbur Music, Inc. dba Musiodata
252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

6



Sandy Wilbur, President



Sandy Wilbur Music, Inc. dba Musiodata
252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

7



Sandy Wilbur, President





Sandy Wilbur, President

