# Exhibit 7A

## EBEQUOI Kouamelan

| | |
|---|---|
| **De:** | EBEQUOI Kouamelan |
| **Envoyé:** | lundi 15 mai 2023 11:36 |
| **À:** | EBEQUOI Kouamelan |
| **Objet:** | TR: Espoir Composition X - Narcos - Infringement |

---

**De :** EBEQUOI Kouamelan <kouamelan.ebequoi@sacem.fr>
**Envoyé :** mercredi 20 avril 2022 17:26
**À :** 'Patricia Compere' <pcompere@29boissiere.fr>
**Cc :** GAUCHER Jerome <jerome.gaucher@sacem.fr>; CHERY Vincent <vincent.chery@sacem.fr>; GAMOVA Nadiya <nadiya.gamova@sacem.fr>; rmar16@aol.com; admin@keeponkicking.com; ellis@supremesongs.net; 'Marc Jacobson' <Marc@marcjacobson.com>; 'Bruno Messy' <bruno.messy@gmail.com>
**Objet :** RE: Espoir Composition X - Narcos - Infringement

Chère Maître,

Je vous confirme que comme suite à la demande de la société Melmax, coéditeur de l'œuvre Espoir Composition X (ECX), nos services musicaux ont procédé, le 16 février dernier, à l'écoute des œuvres *ECX* (IDE 12 : 9944437311) et *Narcos* (IDE 12 : 4026831111) afin de confirmer l'utilisation de la première œuvre dans la seconde.

Pour mener cette analyse, nos services musicaux ont utilisé les fichiers MP3 des œuvres *ECX* et *Narcos* enregistrés sur le lien (désormais inaccessible) Free World Music Ltd. - Espoir Composition X vs Narcos (disco.ac) mis à disposition par Keep On Kicking (coéditeur d'ECX).

Ainsi, sur une durée totale de l'œuvre *Narcos* de 4'46'', nos services ont constaté que l'œuvre *ECX* a été utilisée durant 3'33''.

Bien à vous,

**Olivier Kouamelan EBEQUOI**
**Juriste**
Département Juridique / service sociétaires

Tél. : 01 47 15 44 54
225, avenue Charles-de-Gaulle - 92528 Neuilly-sur-Seine Cedex - France
**Sacem.fr**



*Pour rappel, les fichiers transmis peuvent contenir des données personnelles protégées par la règlementation européenne sur les données à caractère personnel (RGPD). A ce titre, ces données doivent être utilisées exclusivement pour les besoins pour lesquels elles vous sont transmises et ne peuvent être diffusées ou utilisées à d'autres fins. Vous devrez procéder à leur destruction après usage ou les conserver en les protégeant par des mesures de sécurité.*

---

**De :** Patricia Compere <pcompere@29boissiere.fr>
**Envoyé :** jeudi 31 mars 2022 20:10
**À :** EBEQUOI Kouamelan <kouamelan.ebequoi@sacem.fr>
**Cc :** GAUCHER Jerome <jerome.gaucher@sacem.fr>; CHERY Vincent <vincent.chery@sacem.fr>; GAMOVA Nadiya <nadiya.gamova@sacem.fr>; rmar16@aol.com; admin@keeponkicking.com; ellis@supremesongs.net; 'Marc

1