# Exhibit 7B




# THE FRENCH LINK

Interpretation • Translation

## CERTIFICATE OF ACCURACY

STATE OF FLORIDA  }  SS
COUNTY OF BROWARD  }

I, __EVA G. FIREMAN__, being duly sworn and deposed hereby, on behalf of THE FRENCH LINK, do certify that the attached translation, consisting of __3__ pages, is, to the best of my knowledge and belief, a true and accurate translation of a copy of the original document(s) written in __French__ into the __English__ language.

_____
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS __16th__ DAY OF __MAY, 2023__

_____
Notary Public, State of Florida
My commission expires:

ANISA LAURA KHAN
MY COMMISSION # HH 144784
EXPIRES: July 7, 2025
Bonded Thru Notary Public Underwriters

☑ Personally known to me
☑ Produced Identification; Type of Identification: __D.L.__

---

The utmost care has been taken to ensure the accuracy of all translations. THE FRENCH LINK and its employees shall not be liable for any damages due to negligence or error in typing or translation.

4900 North Hills Drive, Hollywood, FL 33021 • www.thefrenchlink.com
Phone: (954) 963-4339 • Fax: (954) 963-9330 • Email: Translator@thefrenchlink.com

# RE: Espoir Composition X - Narcos - Infringement

**From:** EBEQUOI Kouamelan (kouamelan.ebequoi@sacem.fr)

**To:** pcompere@29boissiere.fr

**Cc:** jerome.gaucher@sacem.fr; vincent.chery@sacem.fr; nadiya.gamova@sacem.fr; rmar16@aol.com; admin@keeponkicking.com; ellis@supremesongs.net; marc@marcjacobson.com; bruno.messy@gmail.com

**Date:** Wednesday, April 20, 2022 at 11:25 AM EDT

Dear Sir,

I confirm that, following the request of Melmax, co-publisher of Espoir Composition X (ECX), on February 16 our musical services listened to the ECX (IDE 12: 9944437311) and *Narcos* works (IDE 12: 4026831111) in order to confirm the use of the first composition into the second.

To conduct this analysis, our music services used ECX and Narcos' MP3 Files recorded on the link (now inaccessible) Free World Music Ltd. - Espoir Composition X vs Narcos (disco.ac) made available by Keep On Kicking (ECX' co-publisher).

Thus, our services determined that ECX composition was used for 3'33", out of the 4'46" total Narcos' composition.

Regards,

**Olivier Kouamelan EBEQUOI**
**Lawyer**
Legal Department / Member Service

Phone: 01 47 15 44 54
225, avenue Charles-de-Gaulle - 92528 Neuilly-sur-Seine Cedex - France
Sacem.fr

   



*As a reminder, transmitted files may contain personal data protected by European regulations on personal data (GDPR). As such, this data must be used exclusively for the purposes for which it is transmitted and cannot be disseminated or used for other purposes. You must destroy them after use or keep them protected by security measures.*

**From:** Patricia Compere <pcompere@29boissiere.fr>
**Sent:** Thursday, March 31, 2022 08:10 PM EDT
**To:** EBEQUOI Kouamelan <kouamelan.ebequoi@sacem.fr>
**Cc:** GAUCHER Jerome <jerome.gaucher@sacem.fr>; CHERY Vincent <vincent.chery@sacem.fr>; GAMOVA Nadiya <nadiya.gamova@sacem.fr>; rmar16@aol.com; admin@keeponkicking.com; ellis@supremesongs.net; 'Marc Jacobson' <Marc@marcjacobson.com>; 'Bruno Messy' <bruno.messy@gmail.com>; pcompere@29boissiere.fr
**Subject:** RE: Espoir Composition X - Narcos - Infringement

CERTIFIED TRANSLATION
PREPARED BY
THE FRENCH LINK

Dear Mr. Ebequoi,

Thank you for your March 23, 2022 email below.

Certainly, my clients appreciate your International Department intervention with BMI so that Mr. Robert Martino's rights on his original Espoir Composition X (ECX) are finally fully rectified and that the related documentation is modified without delay as it should have already been long ago. Therefore, my clients are impatiently awaiting confirmation of this rectification.

Regarding the use of his original ECX work in the NARCOS' work, your answer unfortunately does not correspond to the one your member, Mr. Robert Martino, as well as the publisher Keep on Kicking Music, are entitled to expect in view of the situation as it stands.

It is undeniable and you do not dispute, that there is no Sample agreement or mechanical rights license for the use of the ECX composition in the NARCOS composition.

You mention the recourse in the context of an infringement of Mr. Robert Martino's moral rights in the presence of an unauthorized adaptation of his original ECX composition. But you cannot hide his property rights for which SACEM is supposed to protect, defend, and support.

Mr. Robert Martino has the feeling that you intend to disengage by refusing to intervene for him in order to find a solution with UNIVERSAL MUSIC RECORDS which has obviously used the original ECX composition in NARCOS composition without prior authorization from the beginning of 2018.

It is useful to recall that ECX fillings with BMI being completely false (and therefore in the process of being rectified through your International Department), the information allegedly communicated to SACEM concerning the use of the original ECX composition in the NARCOS composition were in fact essentially erroneous, and the declaration form with a share of only 20% presented in July 2018 to your member was therefore also falsified.

Moreover, this use would actually represents 80% of the NARCOS composition! We are therefore far from a simple Sample.

In this respect and in his capacity as a SACEM member, Mr. Robert Martino wishes that the report of your musicologist be communicated to him with a more than discernable resemblance to his original ECX composition.

As you probably know, Mr. Robert Martino is an important figure in the Haitian music community and at this stage, he does not wish to aggravate the situation if a negotiated solution can be quickly found with UNIVERSAL MUSIC RECORDS with SACEM's support, which is supposed to defend his rights.

I am of course at your disposal to discuss this approach.

Looking forward to reading your response or hearing from you.

Sincerely,

**Patricia COMPERE**
Avocat à la Cour
29 rue Boissière
75116 PARIS
Phone: 01 47 04 06 00 / 01 47 04 06 01 (direct line)
Cell: 06 11 87 66 59
pcompere@29boissiere.fr


**From:** EBEQUOI Kouamelan <kouamelan.ebequoi@sacem.fr>
**Sent:** Wednesday, March 23, 2022 07:21 PM
**To:** 'pcompere@29boissiere.fr' <pcompere@29boissiere.fr>; 'marc@marcjacobson.com' <marc@marcjacobson.com>

**Cc:** GAUCHER Jerome <jerome.gaucher@sacem.fr>; CHERY Vincent <vincent.chery@sacem.fr>; GAMOVA Nadiya <nadiya.gamova@sacem.fr>; 'rmar16@aol.com' <rmar16@aol.com>; 'admin@keeponkicking.com' <admin@keeponkicking.com>; 'ellis@supremesongs.net' <ellis@supremesongs.net>; "'Bruno Messy' <bruno.messy@gmail.com>'" <'Bruno Messy' <bruno.messy@gmail.com>
**Subject:** Re : Espoir Composition X - Narcos - Infringement

Dear Sirs,

I am following up on your 03/21/2022 emails below to first inform you that, as announced in our 03/10/2022 email below addressed to Mr. Jacobson, our International Department recently insisted with BMI to obtain from them the modification of the documentation "Espoir Composition X" (ECX). We will of course keep you informed of BMI's response on this matter.

Then, concerning the use of the ECX composition within the "Narcos" composition, I inform you that the royalties generated for operating the latter have been blocked at Sacem.

By proceeding with this blocking, Sacem thus preserves ECX' rights of its members, creator, and publishers, pending a possible agreement between the parties or a court decision reached in a procedure initiated by your client on the grounds of moral rights.

I hope these clarifications have been helpful.

Regards,

**Olivier Kouamelan EBEQUOI**
**Lawyer**
Legal Department / Member Service

Phone : 01 47 15 44 54
225, avenue Charles-de-Gaulle - 92528 Neuilly-sur-Seine Cedex - France
Sacem.fr

   



*As a reminder, transmitted files may contain personal data protected by European regulations on personal data (GDPR). As such, this data must be used exclusively for the purposes for which it is transmitted and cannot be disseminated or used for other purposes. You must destroy them after use or keep them protected by security measures.*