# Exhibit 8



FREE WORLD Music Limited Reg. No. 05365803

The Universal Music Group

Universal Music Group Inc.
umgsxconflicts@umusic.com
Via email –  umgsxconflicts@umusic.com

And registered mail

**RE: Espoir Composition X – SRC & Master Rights**

**UMG - MIGOS  Recordings "NARCOS" – SRC**  ISRCs # USUM71801010  & USUM71800980

Date:   13sh September 2021

To Whom It May Concern,

We are writing to you regarding the SRC ownership and Master rights for the 1978 Sound recording "Espoir Composition X" acquired by FWM Ltd represented in the US by Keep On Kicking Music Inc.

We found so far two recordings **"NARCOS" BY - MIGOS** , currently released by The Universal Music Group  ISRCs # USUM71801010 & USUM71800980 which contains an unauthorized sample of the original recording and composition "Espoir Composition X" written by Robert P. Martino for which Keep On Kicking Music Inc. (ASCAP) is the sole publisher and for which the Master rights of the original Sound recording have always been ASSIGNED to Free World Music Ltd. by Robert P. Martino as well.

We would need to either receive a valid chain of right of this recording to your company(s) from the original owner who claim it doesn't exist (while also claiming lack of payment from any party) and/or reach out a settlement regarding the unauthorized uses along with a sample agreement.

Link to the original recording and the unauthorized use:  https://s.disco.ac/hmwijjcrvrbk

Yours sincerely

M-A Chetata – Director
For Keep On Kicking Music Inc
Free World Music Limited
Master Rights Holder "Espoir Composition X" – "Narcos"
admin@keeponkicking.com

37 Warren Street W1T 6AD U.K.  contact@infreeworldmusic.com