# Exhibit 9

# Marc Jacobson, P.C.

440 East 79th St., 11th Floor
New York, NY 10075
Tel: 516-459-0436 Fax: 646-807-4599
Email: marc@marcjacobson.com

December 14, 2021

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Ms. Ethiopia Habtemariam, CEO          Alison Finley, Esq., COO
Motown Records                          Motown Records
Universal Music Group                   Universal Music Group
2220 Colorado Avenue                    2220 Colorado Avenue
Santa Monica, CA 90404                  Santa Monica, CA 90404

Ms. Jody Gerson
Universal Music Publishing
2100 Colorado Ave
Santa Monica, CA 90404

Re: "Narcos" by Migos - Copyright Infringement Claim

Dear Ms. Habtemariam and Ms. Finley:

We are the attorneys for the sole composer, all the publishers, and all the record labels around the world, which collectively own or control all the worldwide rights to the instrumental composition and recording entitled "Espoir Composition X" ("ECX"). The original composition and recording are embodied throughout the recording of "Narcos" (the "Recording") recorded by Migos and released by Quality Control, Capitol Records and Motown Records, which are part of Universal Music Group (collectively "UMG"). Universal Music Publishing Group ("UMPG") asserts ownership and control over the composition embodied in the Recording, and that composition similarly incorporates ECX into it (the 'Composition"). No license was ever granted by our clients to anyone for the use of the original composition or recording of ECX at any time. The continued exploitation of the Recording and Composition by UMG and UMPG constitutes willful infringement of copyright.

ECX was created and first released in Haiti & France in 1978 by the composer's band *Les Difficiles de Petion-Ville,* under the label Cinedisc distributed by Iguana, on the album entitled "Viva Les Difficiles." It was registered at SACEM by the composer as the composer and publisher in 1978 and 2000. Copies of, the original 1978 release, the 2000 SACEM registration and the US copyright registration certificate, which are required to commence federal litigation, are enclosed.

Feel free to click on this link and listen to the original ECX composition and recording as compared to the infringing Recording and Composition: https://bit.ly/MigosInfringement

We understand you may believe you have secured rights to the recording and the composition of ECX from others, such as Alien Music.  If so, please provide us with copies of those agreements, which we can assure you were executed without the authority of our clients, who are the actual owners of the original composition and recording of ECX.

As you know, primary liability extends to each company which, and every individual who, had an ability to control the release of the Recording and the Composition and failed to prevent the infringement from occurring.

For your reference, enclosed are prior notices to you regarding the infringement of the original recording and compositions, from September 2021.

Demand is also made that you provide us with
- An accounting of all revenue derived from the exploitation of the Recording and Composition from inception.
- Copies of all licenses of the Recording and Composition granted to any third party, including without limitation, licenses to Netflix, YouTube, Vevo, or any other audio-visual production.
- Copies of all statements received by you from SoundExchange and every other "neighboring rights" society, and every other collective management organization regarding the Recording.
- Copies of all statements received by you from every collective management organization regarding the Composition
- Copies of all registrations of the Recording and Composition in the US copyright office, or its equivalent anywhere in the world, and all registrations of the Recording and Composition at all collective management organizations.
- Confirmation that payment of royalties generated by the Recording and the Composition will be suspended and not paid out to any third party until this dispute is fully resolved.

For good order, we must demand that you preserve all materials that relate, directly or indirectly, to the creation, clearance, recording and distribution of the Recording or Composition in any configuration, on every album, and in any video. These materials include paper documents, electronically stored files and information, all audio, video, and other files of versions of the Recording or Composition, and any other documents, data and tangible things which relate or may relate to the creation, clearance, recording and distribution of the Recording and the Composition.  We demand that you preserve such records in a manner which maintains their integrity and provenance, and which makes them readily available for discovery in any litigation. If your regular business practice, either through a record retention policy or otherwise, includes the perioding purging or destruction of records, we demand that you not purge, destroy, or alter any of the records which may relate to this matter. This demand extends to your agents, employees, contractors, vendors, clients, artists, licensees, and any other person firm or entity with which you do business in connection with the Recording and the Composition.

Please provide us with your response within seven days of this letter.  We would be amenable to discussing a tolling agreement if you wish to avoid immediate litigation.

Copies of this letter are being sent to the email addresses below, to assure receipt and prompt attention is paid to this matter, unlike the prior submissions.

This does not constitute a complete recitation of the relevant facts or law in this matter. All our clients' rights are expressly reserved.

Sincerely yours,

*Marc Jacobson*
Marc Jacobson

Copies by email to:
Ethiopia.Habtemariam@umusic.com
Alison.Finley@umusic.com
Steve.gawley@umusic.com
David.Kokakis@umusic.com
evan.lamberg@umusic.com
Stephen.Dallas@umusic.com