# Exhibit 10

# MINTER & ASSOCIATES, L.L.C.
*LAW OFFICES*

Kendall A. Minter
Admitted in New York State,
Georgia and the District of
Columbia

5398 E. MOUNTAIN STREET
STONE MOUNTAIN, GEORGIA 30083-3079

TELEPHONE: (770) 879-7400
TELECOPIER: (770) 879-5695
WEBSITE: www.kendallminteresq.com
INTERNET: kamlaw@aol.com

July 27, 2022

Marc Jacobson, Esq.
Marc Jacobson, PC
440 East 79th Street
11th Floor
New York, New York  10075

Re:     **"Espoir/Composition X" (Les Dificiles De Petion Ville)**

Dear Marc:

As you know, I represent Idaly Publishing, Inc.  In follow-up to our correspondence and conversations, this will serve to confirm that my client hereby rescinds and relinquishes its claims to any of the music publishing rights, title or interest, including the copyright in and to the musical composition entitled "Espoir/Composition X".

As I have shared with you, my client entered into an agreement in good faith, paid consideration for the assigned rights and thereafter, proceeded to exercise its rights to the acquired composition.  Recent due diligence has revealed the fact that the chain of title was flawed, despite representations and warranties contained in the underlying purchase agreement.

While I do not represent Sample Clearance Limited or Kreyol Music, I have conferred with Danny Rubin and he too hereby likewise rescinds and relinquishes Kreyol Music's publishing claims.

Please feel free to share this correspondence with all parties involved in this matter.

Sincerely,

Kendall A. Minter

KAM/lf

cc:    Jerry Wonda (Idaly Publishing, Inc.
       Danny Rubin (Sample Clearance Limited)
       Martha Braithwaite (Universal Music Group)
       Tim Meade (Warner Chappell)
       Jordan Bromley, Esq.
       Richard Reimer, Esq. (ASCAP)
       Wes Wooten, Esq. (BMI)
       Danny Zook (Alien Music)