# Exhibit 11

Idaly Publishing, Inc.
5 Brentwood Dr.
North Caldwell, NY 07006

October 21, 2022

BMI

Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition, including $4,859.51 currently held by you, to Keep on Kicking Music, Inc., 599 NW 33rd St., Unit 3, Miami, FL, 33127, admin@keeponkicking.com. All such payments shall be made within five days of receipt by you of such sums. All sums earned from and after the suspension of payment of royalties to Idaly by BMI, which we understand occurred on November 3, 2021, should also be paid to Keep on Kicking Music, Inc. A copy of this letter shall be treated as an original.

Sincerely yours,
IDALY PUBLISHING, INC.

By: _____
Jerry "Wonda" Duplessis, CEO

CONFIRMED
Keep on Kicking Music, Inc.

By: _____
Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.
5 Brentwood Dr.
North Caldwell, NY 07006

October 21, 2022

The MLC

Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition to Keep on Kicking Music, Inc., 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, admin@keeponkicking.com. All such payments shall be made within five days of receipt by you of such sums. A copy of this letter shall be treated as an original.

Sincerely yours,
IDALY PUBLISHING, INC.

By: _____
Jerry "Wonda" Duplessis, CEO

CONFIRMED
Keep on Kicking Music, Inc.

By: _____
Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.<br>
5 Brentwood Dr.<br>
North Caldwell, NY 07006

October 21, 2022

Harry Fox Agency

   Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

  Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

  This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of this Composition to Keep on Kicking Music, Inc. 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, [admin@keeponkicking.com](mailto:admin@keeponkicking.com). All such payments shall be made within five days of receipt by you of such sums. A copy of this letter shall be treated as an original.

        Sincerely yours,
        IDALY PUBLISHING, INC.

        By: _____
          Jerry "Wonda" Duplessis, CEO

CONFIRMED
Keep on Kicking Music, Inc.

By: _____*MarcA Chetata*_____
   Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.
5 Brentwood Dr.
North Caldwell, NY 07006

October 21, 2022

Universal Music Publishing Group, Inc.

    Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

    Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

    This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition to Keep on Kicking Music, Inc. 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, admin@keeponkicking.com. Upon receipt of this letter, the sum of $86,181.17 held in suspense by you should be paid directly to Keep on Kicking Music, Inc. All such additional payments shall be made within five days of receipt by you of such sums. A copy of this letter shall be treated as an original.

    Sincerely yours,
    IDALY PUBLISHING, INC.

By: _____
    Jerry "Wonda" Duplessis, CEO

CONFIRMED
Keep on Kicking Music, Inc.

By: _____
    Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.<br>
5 Brentwood Dr.<br>
North Caldwell, NY 07006

October 21, 2022

Capitol Records, Inc.

    Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

    Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

    This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition to Keep on Kicking Music, Inc. 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, admin@keeponkicking.com. All such payments shall be made within five days of receipt by you of such sums. A copy of this letter shall be treated as an original.

                                        Sincerely yours,<br>
                                         IDALY PUBLISHING, INC.

                                         By: _____<br>
                                            Jerry "Wonda" Duplessis, CEO

CONFIRMED<br>
Keep on Kicking Music, Inc.

By: _____<br>
      Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.<br>
5 Brentwood Dr.<br>
North Caldwell, NY 07006

October 21, 2022

ASCAP

      Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

      Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

      This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition to Keep on Kicking Music, Inc., 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, admin@keeponkicking.com. All such payments shall be made within five days of receipt by you of such sums. Payment of the $12,730.37 held by ASCAP in suspense regarding this Composition should be paid immediately to Keep on Kicking Music, Inc. A copy of this letter shall be treated as an original.

                                     Sincerely yours,<br>
                                       IDALY PUBLISHING, INC.

                                       By: _____<br>
                                             Jerry "Wonda" Duplessis, CEO

CONFIRMED<br>
Keep on Kicking Music, Inc.

By: _____<br>
       Marc-Antoine Chetata, CEO

Idaly Publishing, Inc.
5 Brentwood Dr.
North Caldwell, NY 07006

October 21, 2022

To Whom it May concern:

Re: "Espoir Composition X" by Robert Martino (the "Composition")

Ladies and Gentlemen:

Pursuant to an agreement between Idaly Publishing, Inc ("Idaly") and Keep on Kicking Music, Inc. Idaly relinquished all of its right title and interest in and to the Composition to Keep on Kicking Music, Inc.

This letter constitutes the irrevocable direction to you to pay all sums earned, received, or credited to you on account of the Idaly share of the Composition to Keep on Kicking Music, Inc., 599 NW 33rd St., Unit 3, Miami, FL, 33127, Attn.: Marc-Antoine Chetata, admin@keeponkicking.com. All such payments shall be made within five days of receipt by you of such sums. All sums currently held in suspense regarding this Composition should be paid immediately to Keep on Kicking Music, Inc. A copy of this letter shall be treated as an original.

Sincerely yours,
IDALY PUBLISHING, INC.

By: _____
Jerry "Wonda" Duplessis, CEO


CONFIRMED
Keep on Kicking Music, Inc.

By: _____
Marc-Antoine Chetata, CEO