UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br>*Plaintiffs,*<br>v.<br>UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC PUBLISHING GROUP, QUALITY CONTROL MUSIC, CAPITOL RECORDS, LLC, MOTOWN RECORDS, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,<br>*Defendants.*<br>………………………………………………..<br>UMG RECORDINGS, INC. (incorrectly sued as "Capitol Records, LLC" and "Motown Records"), UNIVERSAL MUSIC CORPORATION (incorrectly sued as "Universal Music Publishing Group"), UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC (incorrectly sued as "Quality Control Music"),<br>*Counterclaim Plaintiffs,*<br>v.<br>KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br>*Counterclaim Defendants.*<br>………………………………………………..<br>UMG RECORDINGS, INC. (incorrectly sued as "Capital Records, LLC" and "Motown Records"), UNIVERSAL MUSIC CORPORATION (incorrectly sued as "Universal Music Publishing Group"), UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC (incorrectly sued as "Quality Control Music"),<br>*Crossclaim Plaintiffs,*<br>v.<br>IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC., | Civil Action No. 1:23-cv-04400-JPO-BCM<br><br>PLAINTIFFS' REPLY TO UNIVERSAL DEFENDANTS' COUNTERCLAIM |

1

       *Crosscclaim Defendants.*

**Plaintiffs and Counterclaim Defendants Keep On Kicking Music, Inc., Keep On Moving Music, Inc., and Free World Music, Limited (collectively "Plaintiffs"), by their attorneys, Law Offices of Michael G. Berger, hereby Reply to the Counterclaim of Defendants and Counterclaim-Crossclaim Plaintiffs UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., and Quality Control Music, LLC (collectively, "Universal Defendants") as follows:**

1. **Plaintiffs deny the allegations of paragraph 1 of the Counterclaim, except affirmatively allege that each of the Universal Defendants and Third-Party Defendants Idaly Publishing, Inc., Kreyol Music, Inc., and Melodie Makers, Inc., have from time to time purported to assert various claims of rights in and to the musical composition and master sound recording of Espoir Composition X ("ECX").**

2. **Deny the allegations of paragraph 2, except affirmatively allege that the Universal Defendants used ECX in "Narcos" by the musical group Migos, and that Third-Party Defendant Idaly purported to license such use.**

3. **As to paragraph 3, deny knowledge or information sufficient to form a belief as to any representations, warranties, or agreements outside of the purported license agreements, and refer the Court to such documents for the terms, condition, and interpretation thereof.**

4. **Deny the allegations of paragraph 4, except deny knowledge or information sufficient to form a belief as to whether the Universal Defendants placed a legal hold on any royalty payments.**

5. **Admit that the Universal Defendants seek the relief set forth in paragraph 5.**

6. **Admit that the Universal Defendants seek the relief set forth in paragraph 6.**

7. **Admit the allegations of paragraph 7.**

8. **Admit the allegations of paragraph 8.**

9. **Admit the allegations of paragraph 9.**

10. **Admit the allegations of paragraph 10 on information and belief.**

11. **Admit the allegations of paragraph 11 on information and belief.**

12. **Admit the allegations of paragraph 12 on information and belief.**

2

13. Admit the allegations of paragraph 13 on information and belief.

14. Admit the allegations of paragraph 14.

15. Admit the allegations of paragraph 15.

16. Admit the allegations of paragraph 16 on information and belief.

17. Admit the allegations of paragraph 17 on information and belief.

18. Deny the allegations of paragraph 18, except admit that Defendants Idaly and Quality Control entered into a purported license agreement, and refer the Court to such document for the terms, conditions, and interpretation thereof.

19. Admit the allegations of paragraph 19.

20. Deny the allegations of paragraph 20, except admit that Defendants Idaly and Quality Control entered into a purported license agreement, and refer the Court to such document for the terms, conditions, and interpretation thereof.

21. Deny the allegations of paragraph 21, except admit that Defendants Idaly and Quality Control entered into a purported license agreement, and refer the Court to such document for the terms, conditions, and interpretation thereof.

22. Admit the allegations of paragraph 22.

23. Deny the allegations of paragraph 23, except admit that Defendants Idaly and Quality Control entered into a purported license agreement, and refer the Court to such document for the terms, conditions, and interpretation thereof.

24. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 24.

25. Admit the allegations of paragraph 25 on information and belief.

26. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 26.

27. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 27.

28. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 28.

29. Repeat and reallege paragraphs 1 through 29 as if fully set forth herein.

30. Admit that the Universal Defendants seek the relief set forth in paragraph 30.

31. Repeat and reallege paragraphs 1 through 30 as if fully set forth herein.

32. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 32.

33. Paragraph 33 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

34. Paragraph 34 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

35. Repeat and reallege paragraphs 1 through 34 as if fully set forth herein.

36. Admit the allegations of paragraph 36 on information and belief.

37. Paragraph 37 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

38. Repeat and reallege paragraphs 1 through 37 as if fully set forth herein.

39. Deny knowledge or information sufficient to form a belief as to the allegations of paragraph 39.

40. Paragraph 40 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

41. Paragraph 41 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

42. Paragraph 42 contains legal arguments and conclusions for which no response is required, and to the extent any response is required to any allegation, deny knowledge or information sufficient to form a belief.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Upon information and belief, the Universal Defendants failed to act with due diligence with respect to the purported license agreements they entered into, and are therefore not entitled to any relief from Plaintiffs.

### THIRD DEFENSE

The Universal Defendants have unclean hands, in that they were repeatedly placed on actual written notice that the licenses they relied on were invalid, and yet they continued to withhold monies due and owing to Plaintiffs; the Universal Defendants are therefore not entitled to any relief from Plaintiffs.

**Dated: New York, NY**

**November 2, 2023**

        **Respectfully submitted,**

        LAW OFFICES OF MICHAEL G. BERGER

        **By:   /s/Michael G. Berger**
              _____
              **Michael G. Berger, Esq. (MB2349)**

              **350 East 79th Street-36A**
              **New York, NY 10075**
              **mgberger@mgberger.com**

        ATTORNEYS FOR PLAINTIFFS

**TO:**

**Adam I. Rich, Esq.**
**Raphael Holoszyc-Pimentel, Esq.**
**DAVIS WRIGHT TREMAINE LLP**
**1251 Avenue of the Americas, 21st Floor**
**New York, NY 10020-1104**
**212 489-8230**
**adamrich@dwt.com**
**rhp@dwt.com**

*Attorneys for Defendants UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., and Quality Control Music, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on the Universal Defendants' counsel via email on this 2nd day of November 2023.

                                                /s/Michael G. Berger
                                                -----------------------------
                                                Michael G. Berger, Esq.