UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEP ON KICKING MUSIC, INC., *et al.*

            Plaintiffs,

-against-

UNIVERSAL MUSIC GROUP, INC., *et al.*

            Defendant.

23-CV-4400 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiffs filed their amended complaint on October 20, 2023 (Dkt. 15), adding defendant Idaly Publishing, Inc. (Idaly). Plaintiffs served the "Summons and Amended Complaint" on defendant Idaly through registered agent Spiegel & Ultera, P.A. in Miami, FL (Spiegel & Ultera) on November 7, 2023 (Dkt. 38), making Idaly's answer due November 28, 2023.

    A group of co-defendants, not including Idaly, answered the amended complaint and brought crossclaims against Idaly. (Dkt. 29.) The crossclaims were served twice on Idaly – first on December 1, 2023, through registered agent Eresidentagent, Inc. in Wilmington, DE (Dkt. 37), and second on December 4, 2023, through Spiegel & Ultera (Dkt. 39) – making Idaly's answer to the crossclaims due, at the latest, on December 26, 2023.

    Idaly has not appeared through counsel, and no answer has been filed to the amended complaint or to the crossclaims. To date, neither plaintiffs nor cross claimants have requested certificates of default.

    It is hereby ORDERED that, if Idaly has not answered or otherwise responded to the amended complaint or crossclaims before **January 11, 2024**, plaintiffs and cross claimants shall, on that date, either file a stipulation granting Idaly additional time or apply for entry of default.

Dated: New York, New York
         January 4, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**