USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br><br>      Plaintiffs,<br><br>  -against-<br><br>UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,<br><br>      Defendants.<br><br>UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC,<br><br>      Counterclaim-Crossclaim Plaintiffs,<br><br>  - against -<br><br>KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br><br>      Counterclaim Defendants,<br><br>IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,<br><br>      Crossclaim Defendants.<br><br>KREYOL MUSIC, INC. and MELODIE MAKERS, INC.,<br><br>      Third-Party Plaintiffs and<br>      Counterclaim-Crossclaim Plaintiffs,<br><br>  - against -<br><br>ROBERT MARTINO,<br><br>      Third-Party Defendant,<br><br>KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br><br>      Counterclaim Defendants,<br><br>UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, and IDALY PUBLISHING, INC.,<br><br>      Crossclaim Defendants. | 23-CV-4400 (JPO) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

Defendants Kreyol Music, Inc. (Kreyol) and Melodie Makers filed their "related third party claims" against Robert Martino on August 21, 2024. Third-Party Complaint (Dkt. 87) at 2. Plaintiff served Martino on September 16, 2024 (Dkt. 99), making Martino's answer due October 7, 2024. Although that date has come and gone, Martino has not appeared and has not filed an answer to the Third-Party Complaint. To date, Kreyol and Melodie Makers have not requested a certificate of default.

It is hereby ORDERED that, if Martino has not answered or otherwise responded to the Third-Party Complaint before **October 22, 2024**, Kreyol and Melodie Makers shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York     SO ORDERED.
       October 8, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2