UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br><br>    Plaintiffs,<br><br>    - against -<br><br>UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC PUBLISHING GROUP, QUALITY CONTROL MUSIC, CAPITOL RECORDS, LLC, MOTOWN RECORDS, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,<br><br>    Defendants. | No. 23-CV-4400 (JPO) (BCM)<br><br>**NOTICE OF MOTION TO DISMISS THIRD-PARTY COMPLAINT** |

UMG RECORDINGS, INC. (incorrectly sued as "Capitol Records, LLC" and "Motown Records"), UNIVERSAL MUSIC CORPORATION (incorrectly sued as "Universal Music Publishing Group"), UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC (incorrectly sued as "Quality Control Music"), Counterclaim-Crossclaim Plaintiffs,

    - against -

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,
        Counterclaim Defendants,

IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,

        Crossclaim Defendants.

KREYOL MUSIC, INC. and MELODIE MAKERS, INC.,

        Third-Party Plaintiffs and
        Counterclaim-Crossclaim Plaintiffs,

    - against -

ROBERT MARTINO,

          Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., KEEP ON
MOVING MUSIC, INC., and FREE WORLD MUSIC,
LIMITED,

          Counterclaim Defendants,

UMG RECORDINGS, INC., UNIVERSAL MUSIC
CORPORATION, UNIVERSAL MUSIC GROUP,
INC., QUALITY CONTROL MUSIC, LLC, and
IDALY PUBLISHING, INC.,

          Crossclaim Defendants.

      **PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, Third-Party

Defendant Robert Martino ("Third-Party Defendant") will move this Court, before the Honorable

Paul L. Oetken, United States District Judge, at the United States District Court for the Southern

District of New York, located at 40 Foley Square, Courtroom 706, New York, New York 10007,

on a date to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure, granting Third-Party Defendant's motion to dismiss the Third-Party

Claims (ECF 87) of Third-Party Plaintiffs Kreyol Music, Inc. and Melodie Makers, Inc. ("Third-

Party Plaintiffs") asserted against Third-Party Defendant, for failure to state a claim.

**PLEASE TAKE NOTICE**, that Third-Party Plaintiffs' opposition papers, if any, shall be served and filed by November 13, 2024, and Third-Party Defendant's reply papers, if any, shall be served and filed by November 27, 2024, or on such dates as determined by the Court.

Dated:  New York, New York
       October 22, 2024

Respectfully submitted,

      /s/ Hillel I. Parness
Hillel I. Parness (HP-1638)
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York  10016
212-447-5299
hip@hiplaw.com
*Attorneys for Third-Party*
*  Defendant Robert Martino*

To:    BRENNAN LAW FIRM PLLC
       Kerry Ann Brennan
       116 West 23rd Street, 5th Floor
       New York, NY 10011
       *Attorneys for Kreyol Music, Inc. and Melodie*
       *Makers, Inc.*

       DAVIS WRIGHT TREMAINE LLP
       Adam I. Rich
       Raphael Holoszyc-Pimentel
       1251 Avenue of the Americas, 21st Floor
       New York, NY 10020-1104
       *Attorneys for UMG Recordings, Inc.,*
       *Universal Music Corporation, Universal*
       *Music Group, Inc., and Quality Control*
       *Music, LLC*

       THOMPSON & SKRABANEK, PLLC
       Mastewal Taddese Terefe
       515 Madison Avenue, 31st Floor
       New York, NY 10022

       LAW OFFICES OF MICHAEL G.
       BERGER
       Michael G. Berger
       250 Park Avenue, 20th Floor

New York, NY 10177
*Attorneys for Keep on Kicking Music, Inc.,
Keep on Moving Music, Inc., Free World
Music, Limited*