UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
KEEP ON KICKING MUSIC, INC., et al,

Plaintiffs,                                           23-CV-4400 (JPO)(BCM)

Against-

UMG RECORDINGS, INC., et al,                          NOTICE OF MOTION
                                                      ON CONSENT
                                                      TO WITHDRAW AS
                                                      PLAINTIFFS' COUNSEL

Defendants
-----------------------------------------------------------

PLEASE TAKE NOTICE that upon the attached Declaration of Michael G. Berger, Esq., principal of Law Offices of Michael G. Berger ("Berger"), counsel for Plaintiffs Keep on Kicking Music, Inc., Keep on Moving Music, Inc., and Free World Music, Limited, and **upon the consent of Plaintiffs**, Berger will move this Court, before Honorable Paul L. Oetken, United States District Judge, at the United States District Court, 40 Foley Square, Courtroom 706, on a date to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4, granting Berger leave to withdraw as counsel for Plaintiffs, and granting Plaintiffs 30 days from the granting of such Order to obtain new counsel.

PLEASE TAKE FURTHER NOTICE that opposition papers shall be served and filed by January 17, 2025, and reply papers, if any, shall be served and filed by January 24 , 2025.

Dated: New York, NY             LAW OFFICES OF MICHAEL G. BERGER

    December 27, 2024       By /s/  Michael G. Berger (MB2349)
                                350 East 79th Street-36A

                                New York, NY 10075

                                917.400.2002

                                [mgberger@mgberger.com](mailto:mgberger@mgberger.com)

                                **Attorney for all Plaintiffs**

TO: ALL COUNSEL BY ECF/PLAINTIFFS BY EMAIL