**LAW OFFICES OF MICHAEL G. BERGER**
**350 EAST 79TH STREET-36A**
**NEW YORK, NY 10075**
**917.400.2002**
mgberger@mgberger.com

**January 7, 2025**

**By ECF**
**Hon. J. Paul Oetken**
**United States District Judge**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 1007**

**RE:    Keep on Kicking Music, Inc., et al v.**
**Universal Music Group, Inc., et al**
**Docket no. 23-CV-4400 (JPO)(BCM)**

**Dear Judge Oetken:**

**On December 27, 2024, with the consent of Plaintiffs, I filed a motion to withdraw as counsel for Plaintiffs, and for Plaintiffs to be given 30 days after the granting of an order to obtain new counsel. Document 117. The Notice of Motion provided for opposition papers, if any, to be served by January 17, 2025, and reply papers to be served by January 24, 2025.**

**I write to inform the Court that there will be no opposition to my motion by any party. This was confirmed in the Consent Letter Motion/Joint Status Report sent on January 6,2025, on behalf of all counsel, to Magistrate Judge Moses. Document 118, attached as an exhibit to this letter. That letter states in relevant part:**

> **On December 27, 2024, Plaintiffs' counsel filed a motion to withdraw as counsel. None of the parties oppose that motion.**

**In light of Plaintiffs' consent and there being no opposition, I respectfully request that Your Honor consider my motion at this time.**

**Respectfully submitted,**

**Law Offices of Michael G. Berger**

**By /s/Michael G. Berger (MB2349)**

**Attorney for Plaintiffs**
**350 East 79th Street-36A**
**New York, NY 10075**
**917.400.2002**
mgberger@mgberger.com

**copies to all counsel by ECF/Plaintiffs by email**