USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2025

**MEMO ENDORSED**

> Application GRANTED. The conference previously scheduled for January 13, 2025, is hereby ADJOURNED to **February 25, 2025, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties' deadline to file their joint preconference letter (*see* Dkt. 93 ¶ 6) is extended to **February 18, 2025**. SO ORDERED.
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **January 8, 2025**

January 6, 2025

**BY ECF**
Hon. Barbara Moses
Daniel Patrick Moynihan United
500 Pearl Street
New York, NY 10007

Re:  *Keep On Kicking Music, Inc., et al. v. Universal Music Group, Inc., et al.*,
1:23-cv-04400-JPO-BCM

Dear Judge Moses:

This firm represents defendants and counterclaim-crossclaim plaintiffs UMG Recordings, Inc., Universal Music Corp., Universal Music Group, Inc., and Quality Control Music, LLC (together the "Universal Defendants"). Pursuant to the Case Management Order, Dkt. 93, we write on behalf of all parties who have appeared in this case to provide this status update and request for adjournment of the status conference currently scheduled for January 13, 2025.

The parties have engaged in preliminary document production, which was followed by settlement proposals and responses, excluding Mr. Martino who has not responded to the settlement demand made to him. Third-Party Defendant Robert Martino has moved to dismiss the claims asserted against him by Kreyol Music, Inc. and Melodie Makers, Inc. On December 27, 2024, Plaintiffs' counsel filed a motion to withdraw as counsel. None of the parties oppose that motion. However, in light of the pending motion, all parties respectfully request that the status conference currently scheduled for January 13, 2024 be adjourned until Monday, February 10, 2025, with a letter update to this Court on Monday, February 3, 2025.

If the conference is to be held on January 13, Plaintiffs request that it be done telephonically. In addition to the fact that a telephonic conference will save time for all concerned, Michael Berger, counsel for Plaintiffs, has a mediation scheduled to commence at 11:00 that morning, the only time the parties and the mediator were all available. Counsel for the Universal Defendants and Kreyol Music do not object to this request, and they are also available to appear in-person if the status conference proceeds on January 13. In addition, Hillel I. Parness, who first appeared on behalf of Mr. Martino after the conference had already been scheduled, is not available in person or remotely on January 13, 2025 at 11 a.m., as he will be traveling.

Respectfully Submitted,
*/s/ Adam I. Rich*
Adam I. Rich

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4938-7965-5692v.1 0116085-000007