UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEEP ON KICKING MUSIC, INC., *et al.*,

                Plaintiffs,

-v-

UNIVERSAL MUSIC GROUP, INC., *et al.*,

                Defendants.

23-CV-4400 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiffs' counsel's motion to withdraw as counsel for Plaintiffs Keep on Kicking Music, Inc., Keep on Moving Music, Inc., and Free World Music, Limited, is GRANTED.

    Plaintiffs shall either (1) clarify within 14 days of this Order that counsel Mastewal Taddese Terefe will be representing them as lead attorney in this case, or (2) obtain new counsel and have that counsel appear on ECF within 30 days of this Order.

    The Clerk of Court is directed to close the motion at ECF Number 117, and to terminate Michael G. Berger as counsel on ECF.

    Plaintiffs' withdrawing counsel shall serve a copy of this order on Plaintiffs within one week.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                J. PAUL OETKEN
                                          United States District Judge