

Adam I. Rich
(212) 402-4065 tel
(212) 489-8340 fax

adamrich@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025

**MEMO ENDORSED**

January 29, 2025

**BY ECF**

Hon. Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Keep On Kicking Music, Inc., et al. v. Universal Music Group, Inc., et al.*,
   1:23-cv-04400-JPO-BCM

Dear Judge Moses:

We represent defendants and counterclaim-crossclaim plaintiffs UMG Recordings, Inc., Universal Music Corp., Universal Music Group, Inc., and Quality Control Music, LLC (together, the "Universal Defendants"). Pursuant to Your Honor's Individual Practices § 2(a), we write to respectfully request a 90-day extension of the remaining discovery deadlines in the Case Management Order (Dkt. 93). All of the other parties who have appeared in this case (*e.g.*, Plaintiffs, and Defendants Melodie Makers, Inc., Kreyol Music, Inc., and Robert Martino) consent to this request. There have been no previous requests for an extension of these deadlines.

We make this request for several reasons. First, on January 10, 2025, the Court granted Plaintiffs' counsel's motion to withdraw and directed that any new counsel appear within 30 days. Dkt. 121; *see also* Dkt. 122. Plaintiffs' new counsel will inevitably need additional time to get up to speed on this complex case. Second, Plaintiffs, the Universal Defendants, Kreyol Music, Inc., and Melodie Makers, Inc. have all exchanged settlement proposals, and have each expressed interest in negotiating a resolution to their claims. We are hopeful that additional time may allow the parties to successfully conclude these negotiations without the need to incur the additional expense of expert discovery and depositions, and may minimize undue judicial burden. Finally, Defendants Melodie Makers, Inc., and Kreyol Music, Inc. have advised us that they are experiencing delays obtaining certain necessary evidence from Haiti.

The original and proposed deadlines are set forth below and on the Proposed Revised Scheduling Order attached hereto as **Exhibit A**.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4909-1982-7220v.2 0116085-000007

Hon. Barbara Moses
January 29, 2025
Page 2

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal musicology expert reports due | February 17, 2025 | May 19, 2025 |
| Deadline to depose musicology experts | March 7, 2025 | June 5, 2025 |
| Close of fact discovery | March 7, 2025 | June 5, 2025 |
| Additional expert reports due (e.g. foreign law) | April 4, 2025 | July 3, 2025 |
| Rebuttal expert reports due | April 25, 2025 | July 24, 2025 |
| Deadline to depose additional experts | May 9, 2025 | August 7, 2025 |
| Close of liability discovery | May 9, 2025 | August 7, 2025 |
| Deadline to file motions for summary judgment | June 9, 2025 | September 8, 2025 |

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Adam I. Rich*

Adam I. Rich

Attachment

Application GRANTED. The current discovery deadlines are hereby EXTENDED by ninety (90) days, as listed in the Universal Defendants' letter. Except as so modified, all provisions of the Court's Initial Case Management Order (Dkt. 93) remain in effect. The Clerk of Court is respectfully directed to close the motion at Dkt. 123. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 30, 2025