UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEP ON KICKING MUSIC, INC., *et al.*,

                Plaintiffs,

-v-

UNIVERSAL MUSIC GROUP, INC., *et al.*,

                Defendants.

23-CV-4400 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs' letter motion for a sixty-day extension to obtain new counsel is granted. (ECF No. 125.) Plaintiffs shall have new counsel appear on ECF by April 10, 2025.

    The discovery deadlines set by Judge Moses at ECF No. 124 are also extended by sixty days.

    Counsel Mastewal Taddese Terefe shall, no later than February 11, 2025, either (1) move to withdraw from the case, or (2) notify the Court that she is continuing to represent Plaintiffs.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                        J. PAUL OETKEN
                                       United States District Judge