**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br>    *Plaintiffs,*<br>v.<br>UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC PUBLISHING GROUP, QUALITY CONTROL MUSIC, CAPITOL RECORDS, LLC, MOTOWN RECORDS, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,<br>    *Defendants.*<br>……………………………………………..<br>UMG RECORDINGS, INC. (incorrectly sued as "Capitol Records, LLC" and "Motown Records"), UNIVERSAL MUSIC CORPORATION (incorrectly sued as "Universal Music Publishing Group"), UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC (incorrectly sued as "Quality Control Music"),<br>            *Counterclaim Plaintiffs,*<br>v.<br>KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,<br>            *Counterclaim Defendants.*<br>……………………………………………..<br>UMG RECORDINGS, INC. (incorrectly sued as "Capital Records, LLC" and "Motown Records"), UNIVERSAL MUSIC CORPORATION (incorrectly sued as "Universal Music Publishing Group"), UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC (incorrectly sued as "Quality Control Music"),<br>             *Crossclaim Plaintiffs,*<br>  v.<br><br>IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC., | Civil Action No. 1:23-cv-04400-JPO-BCM |

*Crosscclaim Defendants.*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Michael D. Steger, Law Offices of Michael D. Steger, PC hereby appears as counsel of record for Plaintiffs Keep on Kicking Music, Inc., Keep on Moving Music, Inc., and Free World Music, Limited in the above-referenced matter.

Respectfully submitted,

Dated: April 9, 2025         By: */s/ Michael D. Steger*
                                Michael D. Steger
                                Law Offices of Michael D. Steger, PC
                                30 Ramland Road, Suite 201
                                Orangeburg, NY 10962
                                (845) 359-4600
                                (845) 638-2707 (fax)
                                msteger@steger-law.com
                                *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2025, I served a true and correct copy of the attached Notice of Appearance electronically by ECF on counsel for all parties who have appeared in the case.

                                                  ___/s/ Michael D. Steger_____

                                                          Michael D. Steger