UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

      Plaintiffs,

  -against-

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,

      Defendants.
_____

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC,

      Counterclaim-Crossclaim Plaintiffs,

  - against -

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

      Counterclaim Defendants,

IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,

      Crossclaim Defendants.
_____

KREYOL MUSIC, INC. and MELODIE MAKERS, INC.,

      Third-Party Plaintiffs and
      Counterclaim-Crossclaim Plaintiffs,

  - against -

ROBERT MARTINO,

      Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

      Counterclaim Defendants,

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, and IDALY PUBLISHING, INC.,

      Crossclaim Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/25

23-CV-4400 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status and discovery conference:

1. **Martino Deposition**. The parties must meet and confer to work out a time-sharing arrangement with respect to the upcoming deposition of Mr. Martino, which is tentatively scheduled for June 23, 24, 25, and/or 26 The deposition should take place over the course of two consecutive (or near consecutive) days for a total of no more than 11 hours. No later than **April 30, 2025**, the parties must provide an update to the Court as to whether an agreement has been reached or whether the Court's assistance is required.

2. **Martino Discovery Responses**. Mr. Martino must serve his updated responses to all pending written discovery demands, in compliance with Rule 34(b)(2), and produce all non-privileged documents, no later than **May 9, 2025**. If and to the extent Mr. Martino withholds documents or information on privilege grounds, he must produce a privilege log in accordance with Local Civ. R. 26.2.

3. **Status Conference**. The Court will hold a status conference on **June 9, 2025**, **at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must file a joint status letter no later than **June 4, 2025** advising the Court as to the progress of discovery. Any discovery disputes not previously raised by letter-motion may be raised in the parties' joint letter.

Dated: New York, New York
April 23, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**