USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_6/9/25\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEP ON KICKING MUSIC, INC., et al.,

        Plaintiffs,

  -against-

UMG RECORDINGS, INC., et al.,

        Defendants.

UMG RECORDINGS, INC., et al.,

        Counterclaim-Crossclaim Plaintiffs,

  - against -

KEEP ON KICKING MUSIC, INC., et al.,

        Counterclaim Defendants,

  -and-

IDALY PUBLISHING, INC., et al.,

        Crossclaim Defendants.

KREYOL MUSIC, INC., et al.,

        Third-Party Plaintiffs and
        Counterclaim-Crossclaim Plaintiffs,

  - against -

ROBERT MARTINO,

        Third-Party Defendant,

  -and-

KEEP ON KICKING MUSIC, INC., et al.,

        Counterclaim Defendants,

  -and-

UMG RECORDINGS, INC., et al.,

        Crossclaim Defendants.

23-CV-4400 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's status and discovery conference:

    1.    Third-party defendant Robert Martino must conduct an additional search reasonably calculated to identify and locate documents responsive to the Universal Defendants'

Request for Production No. 21, and produce all responsive, non-privileged documents within his possession, custody, and control – together with a privilege log, if documents are withheld on privilege grounds – no later than the close of business on **June 18, 2025**. Given the circumstances discussed during the conference, compliance with this Order requires that a technically competent person (under the direction of counsel) assist Mr. Martino on site.

2. The fact discovery deadline remains August 4, 2025, except that the parties may *serve* their Requests for Admission no later than **August 4, 2025**, with responses due within thirty days of service of those requests pursuant to Fed. R. Civ. P. 36(a)(3).

3. The Court will hold a status conference on **August 7, 2025, at 11:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. No later than **August 4, 2025**, the parties must submit a joint status letter outlining the progress of discovery to date and identifying any discovery or scheduling issues requiring judicial resolution. If no controversies exist at that time, the parties may request, in their letter, that the conference be held telephonically.

Except as modified above, all provisions of the Court's prior scheduling orders (Dkts. 93, 128) remain in effect.

Dated: New York, New York   **SO ORDERED**.
       June 9, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**