# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

June 13, 2025

VIA ECF

Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/16/25

Re: <u>Keep On Kicking Music, Inc. v. UMG Recordings, Inc.</u>, 23-cv-004400

Dear Magistrate Judge Moses:

I represent Third-Party Defendant Robert Martino in the above-referenced matter. On June 9, 2025, following our in-person conference before Your Honor earlier that day, you ordered Mr. Martino to undertake certain discovery-related tasks by the close of business on June 18, 2025.

Yesterday, June 12, 2025, District Judge Oetken issued an Opinion and Order addressing Mr. Martino's Motion to Dismiss the Third-Party Complaint, in which he concluded:

> Defendant's motion to dismiss is GRANTED as to the copyright infringement claim and breach of contract claim regarding the remastering of "ECX" and *Viva Les Difficiles*, and those claims are DISMISSED. The motion to dismiss is DENIED as to the breach of contract claim regarding "Oye Chica" and "Ti DWET."

ECF 141 at 17. At least for the time being, Mr. Martino is not a party to this case with respect to anything relating to "ECX" or *Viva Les Difficiles*. In addition, Judge Oetken granted leave for Third-Party Plaintiffs to amend their copyright infringement claim by <u>July 10, 2025</u> "to the extent that they can provide the missing information to fill in [the identified pleading] gaps," and also directed the parties to propose a briefing schedule by <u>June 26, 2025</u>, to address "Haitian copyright law and the doctrine of work-for-hire." ECF 141 at 17.

In view of the foregoing, I am writing to respectfully request that Your Honor schedule a conference – if at all possible today and if at all possible via telephone or video – to discuss the implications of Judge Oetken's Opinion and Order on Mr. Martino's time-sensitive discovery obligations, as well as whether his upcoming deposition should be postponed or its details modified.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

> Application DENIED for substantially the reasons set forth in the Universal Defendants' June 13, 2025 letter. (Dkt. 143.) Mr. Martino remains obligated to comply with this Court's June 9, 2025 Order. (Dkt. 139.) The Clerk of Court is respectfully directed to close the motion at Dkt. 142. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> June 16, 2025