USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEP ON KICKING MUSIC, INC., et al.,

    Plaintiffs,

-against-

UMG RECORDINGS, INC., et al.,

    Defendants.

UMG RECORDINGS, INC., et al.,

    Counterclaim-Crossclaim Plaintiffs,

- against -

KEEP ON KICKING MUSIC, INC., et al.,

    Counterclaim Defendants,

IDALY PUBLISHING, INC., et al.,

    Crossclaim Defendants.

KREYOL MUSIC, INC., et al.,

    Third-Party Plaintiffs and
    Counterclaim-Crossclaim Plaintiffs,

- against -

ROBERT MARTINO,

    Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., et al.,

    Counterclaim Defendants,

UMG RECORDINGS, INC., et al.,

    Crossclaim Defendants.

23-CV-4400 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the Universal Defendants' letter-motion for leave to serve process on third-party Jerry Duplessis by certified mail and email. (Dkt. 148.) Any opposition to the motion must be filed no later than **July 2, 2025,** and any reply must be filed no later than **July 8, 2025.** *See* Moses Ind. Prac. § 2(e).

In addition, on or before **July 8, 2025**, the Universal Defendants' must show – by declaration or other appropriate evidence – that both proposed alternative service methods are "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Elsevier, Inc. v. Siew Yee Chew*, 287 F. Supp. 3d 374, 378 (S.D.N.Y. 2018) (quoting *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950)).

Dated: New York, New York
       June 30, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**