UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEP ON KICKING MUSIC, INC., et al.,

       Plaintiffs,

  -against-

UMG RECORDINGS, INC., et al.,

       Defendants.

UMG RECORDINGS, INC., et al.,

       Counterclaim-Crossclaim Plaintiffs,

  - against -

KEEP ON KICKING MUSIC, INC., et al.,

       Counterclaim Defendants,

IDALY PUBLISHING, INC., et al.,

       Crossclaim Defendants.

KREYOL MUSIC, INC., et al.,

       Third-Party Plaintiffs and
       Counterclaim-Crossclaim Plaintiffs,

  - against -

ROBERT MARTINO,

       Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., et al.,

       Counterclaim Defendants,

UMG RECORDINGS, INC., et al.,

       Crossclaim Defendants.

23-CV-4400 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the letter-motion of the Universal and Kreyol Defendants for a Local Civil Rule 37.2 discovery conference regarding certain redactions to a text message exchange produced by Mr. Martino (Dkt. 145), as well as Mr. Martino's letter-response. (Dkt. 146.) The Universal and Kreyol Defendants did not submit a letter-reply. The Court understands that Mr. Martino's deposition has now taken place, during which Mr. Martino

may have been asked about the redactions, thereby resolving some or all of the issues raised in the parties' discovery letters. Consequently, no later than **July 11, 2025,** the parties must submit a joint letter advising the Court as to the status of this dispute and whether a Rule 37.2 conference is still requested.

Dated: New York, New York  
　　　July 9, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**