July 22, 2025

**BY ECF**

Hon Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Hon. Barbara Moses
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***Keep On Kicking Music, Inc., et al. v. Universal Music Group, Inc., et al.*,**
           **No. 1:23-cv-04400-JPO-BCM – Joint Status Report and Scheduling Report**

Dear Judge Oetken and Judge Moses:

    Plaintiffs Keep On Kicking Music, Inc., Keep On Moving Music, Inc., and Free World Music, Limited (together, "Plaintiffs"), Defendants UMG Recordings, Inc., Universal Music Corp., Universal Music Group, Inc., and Quality Control Music, LLC (together, the "Universal Defendants"), Defendants Melodie Makers, Inc. and Kreyol Music, Inc. (together, the "Kreyol Defendants") and Defendant Robert Martino[1] have agreed to devote their resources toward resolving this case rather than engaging in extensive fact depositions (six) over the next two weeks. Robert Martino was deposed for two days, and paper discovery is largely complete. Accordingly, the parties jointly request:

    (1) A settlement conference before Judge Moses, preferably during the week of August 18th, in the event the parties are unable to settle without the Court's assistance.

    (2) A one-month extension of time for all current discovery, motion and response dates.

    The current discovery deadlines are (Dkt. Nos. 124 & 128):

|  | **Deadline** | **Proposed New Date** |
|---|---|---|
| Deadline to depose musicology experts | August 4, 2025 | September 4, 2025 |
| Deadline to serve requests for admission | August 4, 2025 | September 4, 2025 |
| Close of fact discovery on liability | August 4, 2025 | September 4, 2025 |
| Additional expert reports due (e.g. foreign law) | September 2, 2025 | October 3, 2025 |
| Rebuttal (non-musicology) expert reports due | September 22, 2025 | October 22, 2025 |
| Deadline to depose additional experts | October 6, 2025 | November 6, 2025 |

---

    [1] The default of Defendant Idaly Publishing, Inc. was certified by the clerk of court on January 12, 2024. Dkt. 52.

| | | |
|---|---|---|
| Close of liability discovery | October 6, 2025 | November 6, 2025 |

The current briefing and response deadlines (Dkt Nos. 150 and 159) are:

| | **Deadline** | **Proposed New Date** |
|---|---|---|
| Responses to Kreyol Parties to Amend Contract Claim and other claims other than Third Party Complaint | August 1, 2025 | September 2, 2025 |
| Kreyol Parties' Opening Brief on Haitian law | August 15, 2025 | September 15, 2025 |
| Robert Martino Opposition Brief on Haitian Law | September 5, 2025 | October 6, 2025 |
| Kreyol Parties' Reply Brief | September 15, 2025 | October 16, 2025 |
| Robert Martino Motion to Dismiss 3rd Party Complaint | October 6, 2025 | November 5, 2025 |
| Kreyol Parties' Opposition Brief | October 20, 2025 | November 19, 2025 |
| Robert Martino Reply Brief | October 27, 2025 | November 26, 2025 |
| Deadline to file motions for summary judgment | November 7, 2025 | December 8, 2025 |

(3) That the Court adjourn the status conference currently scheduled before Judge Moses on August 7th at 11am to an appropriate later date.

Thank you for your consideration of these requests.

                                        Sincerely yours,

*/s/ Michael D. Steger*
Michael D. Steger
Law Offices of Michael D. Steger, PC
30 Ramland Road, Ste 201
Orangeburg, NY 10962
845-359-4600
Fax: 845-638-2707
Email: msteger@steger-law.com
*Counsel for Plaintiffs*

*/s/ Hillel I. Parness*
Hillel I. Parness
Parness Law Firm, PLLC
136 Madison Avenue, 6th Floor
New York, NY 10007
212-447-5299
Fax: 646-722-3301
Email: hip@hiplaw.com
*Counsel for Robert Martino*

*/s/ Adam I. Rich*
Adam I. Rich
Raphael Holoszyc-Pimentel
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020
212-489-8230
Fax: 212-489-8340
Email: adamrich@dwt.com
Email: rhp@dwt.com
*Counsel for Universal Defendants*

*/s/ Kerry A. Brennan*
Kerry A. Brennan
Brennan Law Firm PLLC
116 West 23rd Street
5th Floor
New York, NY 10011
212-729-1980
Email: kerry.brennan@brennanlawpllc.com
*Counsel for Kreyol Defendants*