# BRENNAN LAW FIRM PLLC
## 116 WEST 23RD STREET, 5TH FL
## NEW YORK, NY 10011

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

September 10, 2025

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
40 Foley Square, Room 210
New York, New York 10007

> Application GRANTED to the extent that (1) the discovery and briefing deadlines are extended, as shown below; and (2) the Court will hold a status conference on **December 5, 2025 at 11:00 a.m.** The parties must submit a joint status update letter no later than **December 1, 2025.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> September 11, 2025

*Re: Keep On Kicking Music, Inc. et al. v. Universal Music Group, Inc. et al.,*
   *Case No. 23-cv-004400-JPO/BM*
   *Joint Request for Modification of Deadlines During Settlement Negotiations*

Dear Judge Moses:

As you are aware, the parties have been participating in settlement negotiations including settlement conferences before you, and those negotiations are continuing. Certain case deadlines are upcoming. In addition, lead counsel for Plaintiffs has advised that he is on vacation September 19-30, 2025. Below is the current schedule and a proposed schedule.

**Current Discovery Deadlines**

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Additional expert reports due (e.g. foreign law) | October 3, 2025 | November 3, 2025 |
| Rebuttal (non-musicology) expert reports due | October 22, 2025 | November 21, 2025 |
| Deadline to depose additional experts | November 6, 2025 | December 9, 2025 |

1

| Current Briefing Deadlines | | |
|---|---|---|
| Deadline | Current Date | Proposed New Date |
| Responses to Kreyol Parties to Amend Contract Claim and other claims other than Third Party Complaint | September 2, 2025 | September 22, 2025 |
| Kreyol Parties Opening Brief on Haitian Law | September 15, 2025 | October 8, 2025 |
| Robert Martino Opposition Brief on Haitian Law | October 6, 2025 | October 29, 2025 |
| Kreyol Parties Reply Brief | October 16, 2025 | November 10, 2025 |
| Robert Martino Motion to Dismiss 3rd Party Complaint | November 5, 2025 | November 26, 2025 |
| Kreyol Parties Opposition Brief | November 19, 2025 | December 11, 2025 |
| Robert Martino Reply Brief | November 26, 2025 | December 17, 2025 |
| Deadline to file motions for summary judgment | December 8, 2025 | January 8, 2026 |

Counsel for Plaintiffs and Universal have agreed to the above modified deadlines. Counsel for Robert Martino was in court this afternoon, and I was not able to confirm his agreement. We request that the Court so order this new case schedule.

                      Respectfully Submitted

                      *Kerry A. Brennan*
                      Kerry A. Brennan

                      Counsel for the Kreyol Music Parties