# BRENNAN LAW FIRM PLLC
## 116 WEST 23ʳᴰ STREET, 5ᵀᴴ FL
## NEW YORK, NY 10011

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

September 22, 2025

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
40 Foley Square, Room 210
New York, New York 10007

> **Re: Keep On Kicking Music, Inc. et al. v. Universal Music Group, Inc. et al.,**
> **Case No. 23-cv-004400-JPO/BM**
> **<u>Joint Request for Modification of Deadlines During Settlement Negotiations</u>**

Dear Judge Moses:

As you are aware, the parties have been participating in settlement negotiations including settlement conferences before you, and those negotiations are continuing. Certain case deadlines are upcoming. Lead counsel for Plaintiffs has advised that he is on vacation September 19-30, 2025 and that he is unavailable until October 1. Below is the current schedule and a proposed schedule.

**Current Discovery Deadlines**

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Additional expert reports due (e.g. foreign law) | November 3, 2025 | November 18, 2025 |
| Rebuttal (non-musicology) expert reports due | November 21, 2025 | December 8, 2025 |
| Deadline to depose additional experts | December 9, 2025 | December 24, 2025 |

1

**Current Briefing Deadlines**

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Responses to Kreyol Parties to Amend Contract Claim and other claims other than Third Party Complaint | September 22, 2025 | October 6, 2025 |
| Kreyol Parties Opening Brief on Haitian Law | October 8, 2025 | October 22, 2025 |
| Robert Martino Opposition Brief on Haitian Law | October 29, 2025 | November 12, 2025 |
| Kreyol Parties Reply Brief | November 10, 2025 | November 24, 2025 |
| Robert Martino Motion to Dismiss 3rd Party Complaint | November 26, 2025 | December 9, 2025 |
| Kreyol Parties Opposition Brief | December 11, 2025 | December 23, 2025 |
| Robert Martino Reply Brief | December 17, 2025 | January 6, 2025 |
| Deadline to file motions for summary judgment | January 8, 2026 | January 27, 2026 |

Counsel for all of the parties have agreed to the above modified deadlines.  We request that the Court so order this new case schedule.

                                                              Respectfully Submitted

                                                              *Kerry A. Brennan*
                                                              Kerry A. Brennan

                                                              Counsel for the Kreyol Music Parties