# BRENNAN LAW FIRM PLLC
## 116 WEST 23RD STREET, 5TH FL
## NEW YORK, NY 10011

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

**BY EFILE**

October 14, 2025

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
40 Foley Square, Room 210
New York, New York 10007

>  ***Re: Keep On Kicking Music, Inc. et al. v. Universal Music Group, Inc. et al.,***
>  ***Case No. 23-cv-004400-JPO/BM***
>  <u>***Update on Settlement***</u>

Dear Judge Moses:

Plaintiffs, the Kreyol Parties, the Universal Parties and Robert Martino have reached a settlement agreement in principle with respect to the claims by and against them subject to final documentation and confirmation from Martino whose counsel is unavailable through Wednesday, October 15th due to religious observance. Such settlement does not extend to the claims against defendant Idaly Publishing, Inc. Pending formalization of the parties' agreement and the filing with the Court of a stipulation of dismissal and/or other documentation necessary to effectuate the settlement, the parties request that the Court extend all deadlines by thirty days.

We will further update this Court when we receive confirmation from Martino's counsel.

We appreciate the Court's assistance with this matter.

Respectfully Submitted

*Kerry A. Brennan*

Kerry A. Brennan

Counsel for the Kreyol Music Parties