UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>UNIVERSAL MUSIC GROUP. *et al.*,<br>　　　　　　　　Defendants. | 23-CV-4400 (JPO)<br><br>ORDER |

UNIVERSAL MUSIC GROUP, *et al.*,
　　　Counterclaim-Crossclaim
　　　Plaintiffs,

　　　　-v-

KEEP ON KICKING MUSIC, INC., *et al.*,
　　　Counterclaim Defendants,

IDALY PUBLISHING, INC., *et al.*,
　　　Crossclaim Defendants.

KREYOL MUSIC, INC., *et al.*,
　　　Third-Party Plaintiffs and
　　　Counterclaim-Crossclaim
　　　Plaintiffs,

　　　　-v-

ROBERT MARTINO,
　　　Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., *et al.*,
　　　Counterclaim Defendants,

UNIVERSAL MUSIC GROUP, *et al.*,
　　　Crossclaim Defendants.

1

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties, except the defaulting defendant Idaly Publishing, Inc., have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued without prejudice and without costs as to all claims except those claims and crossclaims brought against Idaly Publishing, Inc.; provided, however, that within 30 days after the date of this Order, (1) the Plaintiffs may apply by letter motion to reopen this action as to the discontinued claims in the event that the settlement is not consummated, and (2) the parties may submit their own stipulation of settlement and dismissal for the Court to so-order.

If no application to reopen is filed within 30 days after the date of this Order, then (1) all claims in this case except those claims and crossclaims brought against Idaly Publishing, Inc., shall be deemed dismissed with prejudice (unless otherwise specified in the parties' stipulation of dismissal), and (2) any application to reopen will be denied as untimely.

Any currently scheduled conferences and deadlines as to the settling parties are adjourned *sine die*.

SO ORDERED.

Dated: October 15, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge