# LAW OFFICES OF MICHAEL D. STEGER, PC

295 Madison Avenue, 22nd Floor      30 Ramland Road, Suite 201
New York, NY 10017      Orangeburg, NY 10962
(646) 517-0600      (845) 359-4600
msteger@steger-law.com      (845) 638-2707 (fax)
www.steger-law.com

November 25, 2025

**BY ECF**

Hon Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Keep On Kicking Music, Inc., et al. v. Universal Music Group, Inc., et al.*,**
       **No. 1:23-cv-04400-JPO-BCM**

Dear Judge Oetken:

    I represent Plaintiffs Keep On Kicking Music, Inc., Keep On Moving Music, Inc., and Free World Music, Limited (together, "Plaintiffs") in this matter.

    Unfortunately, the parties have been unable to fully resolve the case. Plaintiffs respectfully request that the Court reopen the case.

    Thank you for your consideration of this request.

Sincerely yours,

*Michael D. Steger*

Michael D. Steger

cc:  All counsel (via ECF)