UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED, | |
| Plaintiffs, | |
| - against - | 23-CV-4400 (JPO) (BCM) |
| UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC, | |
| Counterclaim-Crossclaim Plaintiffs, | |
| - against - | |
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED, | |
| Counterclaim Defendants, | |
| IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC., | |
| Crossclaim Defendants. | |
| KREYOL MUSIC, INC. and MELODIE MAKERS, INC., | |
| Third-Party Plaintiffs and Counterclaim-Crossclaim Plaintiffs, | |
| - against - | |
| ROBERT MARTINO, | |
| Third-Party Defendant, | |
| KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED, | |
| Counterclaim Defendants, | |
| UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, and IDALY PUBLISHING, INC., | |
| Crossclaim Defendants. | |

Keep on Kicking Music, Inc., Keep on Moving Music, Inc., Free World Music, Limited, UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., Quality Control Music, LLC, Kreyol Music, Inc., Melodie Makers, Inc., and Robert Martino, through their respective counsel, hereby agree and stipulate that this action is dismissed with prejudice and without costs as to all claims—*except* those claims and crossclaims brought against Idaly Publishing, Inc. ("Idaly")—in accordance with a settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For the avoidance of ambiguity, all claims and crossclaims against Idaly shall continue.

Dated: December 2, 2025
       New York, New York

_Michael D. Steger_

Michael D. Steger
LAW OFFICES OF MICHAEL D. STEGER, P.C.
295 Madison Avenue, 22nd Floor
New York, NY 10017
(646) 517-0600
msteger@steger-law.com

*Attorneys for Keep on Kicking Music, Inc., Keep on Moving Music, Inc., and Free World Music, Limited*

_Kerry A. Brennan_

Kerry A. Brennan
BRENNAN LAW FIRM PLLC
485 Madison Avenue, 7th Floor
New York, NY 10022
(212) 729-1980
kerry.brennan@brennanlawpllc.com

*Attorneys for Kreyol Music, Inc. and Melodie Makers, Inc.*

_/s/_

Adam I. Rich
Raphael Holoszyc-Pimentel
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
adamrich@dwt.com
rhp@dwt.com

*Attorneys for UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., and Quality Control Music, LLC*

_/s/_

Hillel I. Parness
PARNESS LAW FIRM, PLLC
136 Madison Avenue, 6th Floor
New York, NY 10016
(212) 447-5299
hip@hiplaw.com

*Attorneys for Robert Martino*