UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

        Plaintiffs,

- against -

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,

        Defendants.

23-CV-4400 (JPO) (BCM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., and QUALITY CONTROL MUSIC, LLC,

        Counterclaim-Crossclaim Plaintiffs,

- against -

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

        Counterclaim Defendants,

IDALY PUBLISHING, INC., KREYOL MUSIC, INC., and MELODIE MAKERS, INC.,

        Crossclaim Defendants.

---

KREYOL MUSIC, INC. and MELODIE MAKERS, INC.,

        Third-Party Plaintiffs and
        Counterclaim-Crossclaim Plaintiffs,

- against -

ROBERT MARTINO,

        Third-Party Defendant,

KEEP ON KICKING MUSIC, INC., KEEP ON MOVING MUSIC, INC., and FREE WORLD MUSIC, LIMITED,

        Counterclaim Defendants,

UMG RECORDINGS, INC., UNIVERSAL MUSIC CORPORATION, UNIVERSAL MUSIC GROUP, INC., QUALITY CONTROL MUSIC, LLC, and IDALY PUBLISHING, INC.,

        Crossclaim Defendants.

Keep on Kicking Music, Inc., Keep on Moving Music, Inc., Free World Music, Limited, UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., Quality Control Music, LLC, Kreyol Music, Inc., Melodie Makers, Inc., and Robert Martino, through their respective counsel, hereby agree and stipulate that this action is dismissed with prejudice and without costs as to all claims—*except* those claims and crossclaims brought against Idaly Publishing, Inc. ("Idaly")—in accordance with a settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For the avoidance of ambiguity, all claims and crossclaims against Idaly shall continue.

Dated: December 2, 2025
New York, New York

| | |
|---|---|
| *Michael D. Steger* | *Adam I. Rich* |
| Michael D. Steger | Adam I. Rich |
| LAW OFFICES OF MICHAEL D. STEGER, P.C. | Raphael Holoszyc-Pimentel |
| 295 Madison Avenue, 22nd Floor | DAVIS WRIGHT TREMAINE LLP |
| New York, NY 10017 | 1251 Avenue of the Americas, 21st Floor |
| (646) 517-0600 | New York, NY 10020 |
| msteger@steger-law.com | (212) 489-8230 |
| | adamrich@dwt.com |
| | rhp@dwt.com |
| *Attorneys for Keep on Kicking Music, Inc., Keep on Moving Music, Inc., and Free World Music, Limited* | *Attorneys for UMG Recordings, Inc., Universal Music Corporation, Universal Music Group, Inc., and Quality Control Music, LLC* |
| *Kerry A. Brennan* | *Hillel I. Parness* |
| Kerry A. Brennan | Hillel I. Parness |
| BRENNAN LAW FIRM PLLC | PARNESS LAW FIRM, PLLC |
| 485 Madison Avenue, 7th Floor | 136 Madison Avenue, 6th Floor |
| New York, NY 10022 | New York, NY 10016 |
| (212) 729-1980 | (212) 447-5299 |
| kerry.brennan@brennanlawpllc.com | hip@hiplaw.com |
| *Attorneys for Kreyol Music, Inc. and Melodie Makers, Inc.* | *Attorneys for Robert Martino* |

So ordered. Kreyol Music Parties is ordered to inform the Court of whether its motion at ECF No. 163 is moot by December 12, 2025.

Date: 12/5/2025

_____
J. PAUL OETKEN
United States District Judge

2